

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CHRISTY HUFF,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. CV-17-S-61-NE** |
| ) | |
| **PRATT & WHITNEY** ) | |
| **AUTOMATION, INC.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This action is before the court on the motion to withdraw by plaintiff's counsel, Teri Ryder Mastando, Eric J. Artrip, and Thomas Avery Littrell, IV, stating that "[t]here has been a material breakdown in the attorney-client relationship."[1] There is no indication, either in the caption or the body of the motion, whether the motion is opposed.

Plaintiff's attorneys are reminded that the terms of the Uniform Initial Order Governing All Proceedings entered in this case as document number 17 requires that, where, as here, a motion to withdraw, if granted, would leave a party unrepresented by counsel, counsel "**must** include a certification that the moving attorney[s] [have] served a copy on his or her client and has informed the client of the right to promptly

---

[1] Doc. no. 27 ¶ 1.

file an objection with the court." The motion also must contain a notation that "[f]uture notice to (name of party) is to be made at the following address (state last known address of the party)."

While the certificate of service indicates that the plaintiff was served with a copy of the motion, none of the other requirements noted above have been met. Accordingly, the present motion is DENIED; and plaintiff's attorneys are ORDERED to file an amended motion that fully complies with the Uniform Initial Order, and do so on or before September 12, 2017.

Further, plaintiff is ORDERED to file a written response to the amended motion to withdraw on or before September 22, 2017. If plaintiff does not respond to the amended motion by that date, the court will assume there is no objection and rule accordingly.

Plaintiff's attorneys are ORDERED to immediately serve upon plaintiff copies of their amended motion to withdraw and this order at plaintiff's last known address, and to inform the court of the time, date, and manner of service.

DONE and ORDERED this 8th day of September, 2017.

_____
United States District Judge